DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRAPPER MCHAND,**
Appellant,

v.

**LUCIA ALVEZ,**
Appellee.

No. 4D21-2001

[October 14, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 502019DR002004XXXXNB.

Troy William Klein of the Law Office of Troy W. Klein, P.A., West Palm Beach, for appellant.

Ashley M. Bustamante of Beaulieu-Fawcett Law Group, P.A., Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***